**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**



FILED

DEC 19 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

UNITED STATES OF AMERICA   v.   SARAH ROSE NOBLE

THE HONORABLE JOHN D. ROBERTS

DEPUTY CLERK                              CASE NO.  A05-0099-2CR (JWS)

Dan Maus

**\*\* A M E N D E D \*\***
PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: December 19, 2005

**ARRAIGNMENT** on the Superseding Indictment in the above-captioned case is hereby set for **Wednesday, December 28, 2005, at 10:00 a.m.** before John D. Roberts, U.S. Magistrate Judge, in Magistrate Judge Courtroom **#6**, Federal Building - U.S. Courthouse, 222 West Seventh Avenue, Anchorage, Alaska.

A05-0099--CR (JWS)   Dm 12-19-05

✓ R. RANDALL (AUSA)
✓ US MARSHAL
✓ US PROBATION
✓ def w/USM cy

[]{ARRAIGNR.WPD*Rev.3/97}

