FILED
US DISTRICT COURT
DISTRICT OF ALASKA
2005 DEC 28 AM 9: 08

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASMINE DANILLE HOLLIMON,<br>SARAH ROSE NOBLE,<br>HILARY JEANETTE PATTISON, and<br>MICHAEL MCGEEHAN TUCKER,<br><br>Defendant. | No. A05-099 CR (JWS)<br><br><br><br><br><br><br><br><br><br>**FRIEND OF THE COURT**<br>**MOTION TO CONTINUE**<br>**ARRAIGNMENT** |

Excludable delay under 18 U.S.C. 3161(H), delay attributable to filing by a defendant, may occur as a result of the filing of the present motion and/or the granting of the relief requested.

Scott A. Sterling as a friend of the court concerning defendant Sarah Rose Noble moves to continue the arraignment presently set for December 28, 2005 for 10 days in order to permit friend of the court counsel, the U.S. Marshal Service and defendant adequate time in which to make arrangements for the transportation of defendant Sarah Rose Noble from the Seattle, Washington vicinity to Anchorage for her arraignment and any detention and/or bail hearing or review. The Government does not oppose the present motion. An Affidavit of Counsel and proposed Order are attached.

RESPECTFULLY SUBMITTED this 27th day of Dec. 2005/2006 at Anchorage, Alaska.



Sterling & DeArmond
851 E. Westpoint Drive Suite 201   Wasilla, Alaska 99654
(907) 376-8076   FAX (907) 376-8078
www.alaskaclawyers.net

USA v. Sarah Rose Noble, et al
Case No. A05-099 CR (JWS)
Friend Of The Court
Motion To Continue Arraignment
Page 1 of 3

Sterling & DeArmond, P.C.
Friend Of The Court
For Defendant Sarah Rose Noble

By: _____
  Scott A. Sterling
  Bar No. 8706053



USA v. Sarah Rose Noble, et al
Case No. A05-099 CR (JWS)
Friend Of The Court
Motion To Continue Arraignment
Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by (U.S. Mail, first class, postage-prepaid)(fax)(delivery), on the 27th day of Dec, 2004 upon:

AUSA Retta Rae Randall
Office of U.S. Attorney for Alaska
222 West 7th Avenue
Anchorage, Alaska 99513
Fax: (907) 271-1500

Counsel for Plaintiff
United States of America

By: _____

Sterling &DeArmond
851 E. Westpoint Drive Suite 201   Wasilla, Alaska 99654
(907) 376-8076   www.alaskalaw.us.net   FAX (907) 376-8078

USA v. Sarah Rose Noble, et al
Case No. A05-099 CR (JWS)
Friend Of The Court
Motion To Continue Arraignment
Page 3 of 3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            ) <br>  Plaintiff,  )<br>            )<br>vs.         )<br>            )<br>JASMINE DANILLE HOLLIMON,  )<br>SARAH ROSE NOBLE,  )<br>HILARY JEANETTE PATTISON, and  )<br>MICHAEL MCGEEHAN TUCKER,  )<br>            )<br>  Defendant.  )<br>_____ ) | No. A05-099 CR (JWS)<br><br><br><br><br><br><br><br><br>**AFFIDAVIT OF COUNSEL:**<br>**FRIEND OF THE COURT**<br>**MOTION TO CONTINUE**<br>**ARRAIGNMENT** |

Scott A. Sterling being duly sworn declares:

1.     This Affidavit is filed in my capacity as friend of the court concerning defendant Sarah Rose Noble. I agreed to serve as friend of the court concerning Ms. Noble per request from the Federal Defender for Alaska on December 27, 2005.

2.     Upon information and belief Ms. Noble is out of custody and residing in the vicinity of Seattle, Washington. Upon information and belief the Government is prepared to concede that Ms. Noble was not properly and/or timely served with the summons requiring her to appear before this court on December 28, 2005 for arraignment. Upon information and belief the Government is prepared to acknowledge that in order to ensure that Ms. Noble is properly served and to ensure that adequate time is allowed to make arrangements for her to travel from the Seattle vicinity to Anchorage for

USA v. Sarah Rose Noble, et al
Case No. A05-099 CR (JWS)
Friend Of The Court
Affidavit of Counsel:
Motion To Continue Arraignment
Page 1 of 3

arraignment, it is necessary and appropriate to continue her arraignment for approximately 10 days.

3. By separate motion concurrently filed I have prepared, filed and served a motion authorizing and ordering Ms. Noble's transportation via the U.S. Marshal Service.

4. Upon information and belief Ms. Noble will qualify for appointed counsel and will request at her arraignment that the court order the CJA Panel Administrator for the District of Alaska to arrange for a panel attorney to represent Ms. Noble in the above-captioned action.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

By:_____
Scott A. Sterling

SUBSCRIBED AND SWORN to before me this ___ day of December, 2005 at Wasilla, Alaska.

_____
NOTARY PUBLIC in and for Alaska
My Commission Expires: 5-17-2007

OFFICIAL SEAL
JOANNE GRAHAM
NOTARY PUBLIC, STATE OF ALASKA
EXPIRES: 5/17/2007

USA v. Sarah Rose Noble, et al
Case No. A05-099 CR (JWS)
Friend Of The Court
Affidavit of Counsel:
Motion To Continue Arraignment
Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by (U.S. Mail, first class, postage-prepaid)(fax)(delivery), on the ___27th___ day of ___Decr___, 2004 upon:

AUSA Retta Rae Randall
Office of U.S. Attorney for Alaska
222 West 7th Avenue
Anchorage, Alaska 99513
Fax: (907) 271-1500

Counsel for Plaintiff
United States of America

By:_____



USA v. Sarah Rose Noble, et al
Case No. A05-099 CR (JWS)
Friend Of The Court
Affidavit of Counsel:
Motion To Continue Arraignment
Page 3 of 3