FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 28 AM 9:08

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JASMINE DANILLE HOLLIMON, )<br>SARAH ROSE NOBLE, )<br>HILARY JEANETTE PATTISON, and )<br>MICHAEL MCGEEHAN TUCKER, )<br>)<br>Defendant. )<br>_____ ) | No. A05-099 CR (JWS)<br><br><br><br><br><br><br><br><br>**FRIEND OF THE COURT<br>MOTION FOR OUT OF<br>CUSTODY TRANSPORTATION** |



Excludable delay under 18 U.S.C. 3161(H), delay attributable to filing by a defendant, may occur as a result of the filing of the present motion and/or the granting of the relief requested.

Scott A. Sterling as friend of the court concerning defendant Sarah Rose Noble and pursuant to Title 18, United States Code, Section 4285, hereby moves the court to order the United States Marshal Service to provide Ms. Noble with out-of-custody air transportation from Seattle, Washington o Anchorage, Alaska on or before the date of her continued arraignment (see motion to continue arraignment, concurrently filed).

Ms. Noble's date of birth is June 17, 1981. She is indigent and has no available funds for transportation.

A proposed Order is attached.

RESPECTFULLY SUBMITTED this 27th day of Dec, 2005/2006 at Anchorage, Alaska.

<u>USA v. Sarah Rose Noble, et al</u>
Case No. A05-099 CR (JWS)
Friend Of The Court
Motion For Out Of Custody
Transportation
Page 1 of 3

Sterling & DeArmond, P.C.
Friend Of The Court
For Defendant Sarah Rose Noble

By: _____
Scott A. Sterling
Bar No. 8706053

USA v. Sarah Rose Noble, et al
Case No. A05-099 CR (JWS)
Friend Of The Court
Motion For Out Of Custody
Transportation
Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by (U.S. Mail, first class, postage-prepaid)(fax)(delivery), on the 27th day of ____Dec.____, 2004 upon:

AUSA Retta Rae Randall
Office of U.S. Attorney for Alaska
222 West 7th Avenue
Anchorage, Alaska 99513
Fax: (907) 271-1500

Counsel for Plaintiff
United States of America

By:_____



USA v. Sarah Rose Noble, et al
Case No. A05-099 CR (JWS)
Friend Of The Court
Motion For Out Of Custody
Transportation
Page 3 of 3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JASMINE DANILLE HOLLIMON,<br>SARAH ROSE NOBLE,<br>HILARY JEANETTE PATTISON, and<br>MICHAEL MCGEEHAN TUCKER,<br><br>        Defendant. | )<br>)  No. A05-099 CR (JWS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **AFFIDAVIT OF COUNSEL:**<br>)  **FRIEND OF THE COURT**<br>)  **MOTION FOR OUT OF**<br>)  **CUSTODY TRANSPORTATION** |

Scott A. Sterling being duly sworn declares:

1.    This Affidavit is filed in my capacity as friend of the court concerning defendant Sarah Rose Noble. I agreed to serve as friend of the court concerning Ms. Noble per request from the Federal Defender for Alaska on December 27, 2005.

2.    Upon information and belief Ms. Noble is out of custody and residing in the vicinity of Seattle, Washington. Upon information and belief Ms. Noble is indigent and without means to travel from Seattle to Anchorage for her arraignment. Accordingly it appears to be necessary and appropriate that she be provided with transportation to the court to appear for her arraignment as authorized by statute.

3.    By separate motion concurrently filed I have prepared, filed and served a motion to continue Ms. Noble's arraignment pending disposition of the present motion and the travel arrangements required thereunder.

USA v. Sarah Rose Noble, et al
Case No. A05-099 CR (JWS)
Affidavit of Counsel:
Friend Of The Court
Motion For Out Of Custody Transportation
Page 1 of 3

4. Upon information and belief Ms. Noble will qualify for appointed counsel and will request at her arraignment that the court order the CJA Panel Administrator for the District of Alaska to arrange for a panel attorney to represent Ms. Noble in the above-captioned action.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

By:_____
Scott A. Sterling

SUBSCRIBED AND SWORN to before me this 27th day of December, 2005 at Wasilla, Alaska.

_____
NOTARY PUBLIC in and for Alaska
My Commission Expires: 5-17-2007



OFFICIAL SEAL
JOANNE GRAHAM
NOTARY PUBLIC, STATE OF ALASKA
EXPIRES: 5/17/2007

USA v. Sarah Rose Noble, et al
Case No. A05-099 CR (JWS)
Affidavit of Counsel:
Friend Of The Court
Motion For Out Of Custody Transportation
Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by (U.S. Mail, first class, postage-prepaid)(fax)(delivery), on the 27th day of Dec, 2004 upon:

AUSA Retta Rae Randall
Office of U.S. Attorney for Alaska
222 West 7th Avenue
Anchorage, Alaska 99513
Fax: (907) 271-1500

Counsel for Plaintiff
United States of America

By: _____



USA v. Sarah Rose Noble, et al
Case No. A05-099 CR (JWS)
Affidavit of Counsel:
Friend Of The Court
Motion For Out Of Custody Transportation
Page 3 of 3