LODGED

DEC 2 8 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JASMINE DANILLE HOLLIMON,<br>SARAH ROSE NOBLE,<br>HILARY JEANETTE PATTISON, and<br>MICHAEL MCGEEHAN TUCKER,<br><br>                Defendant. | No. A05-099 CR (JWS)<br><br><br><br><br><br><br>**ORDER RE:**<br>**FRIEND OF THE COURT**<br>**MOTION TO CONTINUE**<br>**ARRAIGNMENT** |

Upon application and good cause being shown IT IS ORDERED:

1. The motion of friend of the court Scott A. Sterling to continue the arraignment of defendant Sarah Rose Noble is GRANTED.

2. The arraignment presently set for December 28, 2005 is CONTINUED to the hour of __10__ : __00__ a.m./~~p.m.~~ on the __11th__ day of __January__, ~~2005~~/2006 before this court in Courtroom __6__, United States Courthouse, 222 West 7th Avenue, Anchorage, Alaska.

DATED this __28th__ day of __December__, 2005 at Anchorage, Alaska.

                                                      John D. Roberts<br>                                                      United States Magistrate Judge

USA v. Sarah Rose Noble, et al
Case No. A05-099 CR (JWS)
Order re:
Friend Of The Court
Motion To Continue Arraignment
Page 1 of 2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by (U.S. Mail, first class, postage-prepaid)(fax)(delivery), on the 27th day of Dec, 2004 upon:

AUSA Retta Rae Randall
Office of U.S. Attorney for Alaska
222 West 7th Avenue
Anchorage, Alaska 99513
Fax: (907) 271-1500

Counsel for Plaintiff
United States of America

By: _____



USA v. Sarah Rose Noble, et al
Case No. A05-099 CR (JWS)
Order re:
Friend Of The Court
Motion To Continue Arraignment
Page 2 of 2