LODGED

DEC 2 8 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. A05-099 CR (JWS) |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JASMINE DANILLE HOLLIMON, ) | |
| SARAH ROSE NOBLE, ) | |
| HILARY JEANETTE PATTISON, and ) | |
| MICHAEL MCGEEHAN TUCKER, ) | **ORDER RE:** |
| ) | **FRIEND OF THE COURT** |
| Defendant. ) | **MOTION FOR OUT OF** |
| ) | **CUSTODY TRANSPORTATION** |



Upon application and good cause being shown IT IS HEREBY ORDERED that the motion of friend of the court Scott A. Sterling concerning defendant Sarah Rose Noble for an order requiring the United States Marshal Service to provide Ms. Noble with out-of-custody air transportation from Seattle, Washington o Anchorage, Alaska on or before the date of her continued arraignment is GRANTED.

IT IS FURTHER HEREBY ORDERED that the United States Marshal's Service, pursuant to Title 18, United States Code, Section 4285, shall provide out of custody transportation for defendant Sarah Rose Noble, date of birth June 17, 1981, from Seattle, Washington to Anchorage, Alaska in time for Ms. Noble to appear before this court for continued arraignment in the above-captioned matter at the hour of _10_ : _00_ a.m./~~p.m.~~ on the _11th_ day of _January_, ~~2005~~/2006.

USA v. Sarah Rose Noble, et al
Case No. A05-099 CR (JWS)
Order re:
Friend Of The Court
Motion For Out Of Custody
Transportation
Page 1 of 3

DATED this 28th day of Dec, 2005/~~2006~~ at Anchorage, Alaska.

　　　　　　　　　　　　　　John D. Roberts
　　　　　　　　　　　　　　John D. Roberts
　　　　　　　　　　　　　　United States Magistrate Judge

Sterling & DeArmond
851 E. Westpoint Drive Suite 201  Wasilla, Alaska 99654
(907) 376-8076  www.das-dlawyers.net  FAX (907) 376-8078

USA v. Sarah Rose Noble, et al
Case No. A05-099 CR (JWS)
Order re:
Friend Of The Court
Motion For Out Of Custody
Transportation
Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by (U.S. Mail, first class, postage-prepaid)(fax)(delivery), on the 27th day of Dec, 2004 upon:

AUSA Retta Rae Randall
Office of U.S. Attorney for Alaska
222 West 7th Avenue
Anchorage, Alaska 99513
Fax: (907) 271-1500

Counsel for Plaintiff
United States of America

By: _____

Sterling & DeArmond
851 E. Westpoint Drive Suite 201  Wasilla, Alaska 99654
(907) 376-8076   www.alaskalawyers.net   FAX (907) 376-8078

USA v. Sarah Rose Noble, et al
Case No. A05-099 CR (JWS)
Order re:
Friend Of The Court
Motion For Out Of Custody
Transportation
Page 3 of 3