IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. A05-099 CR (JWS) |
| )  Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SARAH ROSE NOBLE, et al, ) | **ORDER RE:** |
| )  Defendants. ) | **FRIEND OF COURT** |
| ) | **MOTION FOR** |
| ) | **TRANSPORTATION** |

Upon application and good cause being shown IT IS HEREBY

ORDERED that the United States Marshal's Service, pursuant to Title 18, United

States Code, Section 4285, shall provide out of custody transportation from

Anchorage, Alaska to Seattle, Washington any time after 12:00 Noon Alaska

time on January 13, 2006 for defendant Sarah Rose Noble, all in connection with

the proceedings in the above-captioned action. Ms. Noble's date of birth is June

17, 1981.

DATED this 11th day of January, 2006 at Anchorage, Alaska.

/s/ John D. Roberts
John D. Roberts
United States Magistrate Judge

**United States v. Sarah Rose Noble**
A05-099 CR
Order re: Transportation For
Sarah Rose Noble
1

I hereby certify that a copy of the foregoing document was served by mail-fax-delivery on ___/-//___, 2006 upon:

AUSA Retta Randall
Counsel for Plaintiff
United States of America

By: _____



United States v. Sarah Rose Noble
A05-099 CR
Order re: Transportation For
Sarah Rose Noble
2