MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs SARAH ROSE NOBLE          CASE NO. 3:05-CR-99-02 JWS
Defendant: X Present    X On Summons

BEFORE THE HONORABLE            JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          ELISA SINGLETON

UNITED STATES ATTORNEY:         RETTA-RAE RANDALL

DEFENDANT'S ATTORNEY:           SCOTT STERLING

U.S.P.O.:                       PAULA MCCORMICK

PROCEEDINGS: CONTINUED ARRAIGNMENT ON SUPERSEDING INDICTMENT -
HELD 1/11/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:07 a.m. court convened.

X Copy of Superseding Indictment previously given to defendant:
  waived reading.

X Defendant sworn.

X Defendant advised of general rights. X Waived full advisement.

X Defendant advised of charges and penalties.

X Defendant states true name: Same as Above

X Financial Affidavit **FILED**.
  X Federal Public Defender to appoint Scott Sterling as CJA
counsel; FPD notified.

X PLEAS; Not Guilty to Counts 1 & 2 of the Superseding Indictment

X Counsel advised of trial date: **March 22, 2006 at 9:00 a.m.**

X Bond set at $2,000 unsecured; Appearance Bond **FILED**.

X Conditions of Release **FILED**.

X Pretrial motions due **January 26, 2006**

X OTHER: Defense counsel made an oral motion for Out of Custody Transportation; **GRANTED**. Order signed and **FILED**. Defendant to surrender passport to the clerk of court following the proceeding. Defendant to be processed by the U.S. Marshal.

At 10:31 a.m. court adjourned.

DATE: January 11, 2006    DEPUTY CLERK'S INITIALS:      ES
05/00