RECEIPT

DATE *1-11* 19~~~~ 2006 No. 3574

RECEIVED FROM Sarah Rose Noble

ADDRESS 1831 8th Ave Apt 573, Seattle, Wa 98101

Passport # 076207967

DOLLARS $

FOR

| ACCOUNT | | | HOW PAID | | |
|---|---|---|---|---|---|
| AMT. OF ACCOUNT | | | CASH | | |
| AMT. PAID | | | CHECK | | |
| BALANCE DUE | | | MONEY ORDER | | |

BY

REDIFORM   8L808/01808

A05-099(JWS)