AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

RECEIVED
U.S. MARSHALS SERVICE
ALASKA
2005 DEC 16 PM 2:54

RECEIVED
JAN 20 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: A05-0099-2CR (JWS) |
| SARAH ROSE NOBLE<br>1831 8th Ave, #513<br>Anchorage, AK | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place<br>Federal Building - U.S. Courthouse<br>222 W. 7th Avenue<br>Anchorage, Alaska 99513 | Room<br>6 |
|---|---|
| Before: Magistrate Judge John D. Roberts | Date and Time<br>12/28/05 at 10:00 am |

To answer a(n)
[XX] Superseding Indictment   [] Information   [] Complaint   [] Violation Notice   [] Probation Violation Petition

Charging you with a violation of:

18:371 - CONSPIRACY - Count 1
18:2314 - INTERSTATE TRANSPORTATION OF STOLEN PROPERTY - Count 2

| Ida Romack, Clerk of Court | December 14, 2005, at Anchorage, AK |
|---|---|
| Signature of Issuing Officer | Date and Location |
| by [signature] Deputy Clerk<br>Name and Title of Issuing Officer | |

**NOTICE:** If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 550 W. 7th Avenue, Suite 1600, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]  Sarah Noble    Date  12/22/05

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: 1831 8TH Ave, #513, Seattle, WA

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 12/22/05
Date

Randy M Johnson, US Marshal
SA Ethan A. Via FBI
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks: N/A

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.