## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*    v.    *JASMINE DANIELLE HOLLIMAN, et al.*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:05-cr-00099 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date:  February 23, 2006

_____

The final pre-trial conference in this case is hereby **CONTINUED** to **8:30 AM** on **May 8, 2006.**  Trial by jury in this case is hereby **CONTINUED** to **9:00 AM** on **May 8, 2006.**  This date is within the existing Speedy Trial Act limits.

_____