UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 3:05-cv-00099 CR (JWS) |
| | ) | |
| vs. | ) | ORDER GRANTING MOTION |
| | ) | FOR OUT-OF-CUSTODY |
| SARAH ROSE NOBLE, *et al.*, | ) | TRANSPORTATION |
| | ) | |
| Defendants. | ) | |
| | ) | |

Upon application and good cause being shown,

**IT IS HEREBY ORDERED** that the motion of defendant Sarah Rose Noble for an order requiring the United States Marshal Service to provide Ms. Noble with out-of-custody air transportation from Seattle, Washington, to Anchorage, Alaska, for her proposed change of plea hearing on Monday, **May 1, 2006**, at **9:00 a.m.** is **GRANTED**.

DATED this 24th day of April 2006.

/s/
HON. JOHN W. SEDWICK
UNITED STATES DISTRICT COURT JUDGE