IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | No. A05-099 CR (JWS) |
| Plaintiff,    ) | |
| ) | |
| vs.    ) | |
| ) | |
| SARAH ROSE NOBLE, et al,    ) | |
| ) | **MOTION FOR** |
| Defendants.    ) | **OUT OF CUSTODY** |
| _____ ) | **TRANSPORTATION** |

     Defendant Sarah Rose Noble, pursuant to 18 U.S.C. §4285 hereby moves the court for an order authorizing the United States Marshal to provide her with out of custody transportation from Seattle, Washington to Anchorage, Alaska on or about May 1, 2006 following entry of her change of plea.

     The present motion is being filed somewhat in advance of that date in order to ensure that the motion is timely filed via the electronic filing system. Ms. Noble requests simply that the court hold the present motion in abeyance pending the conclusion of her change of plea hearing.

     Ms. Noble's date of birth is June 17, 1981.

     A proposed Order is attached.

        Sterling & DeArmond, P.C.
        Counsel for
        Defendant Sarah Rose Noble

By: <u>s/ Scott A. Sterling</u>
     Scott A. Sterling
     Sterling & Dearmond
     851 Westpoint Drive, Suite 201
     Wasilla, Alaska 99654
     Telephone: (907) 376-8076
     Fax:     (907) 376-8078
Email: scottsterling@alaskalawyers.net
     Bar No. 8706053

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by (U.S. Mail, first class, postage-prepaid)(fax)(delivery), on the 28th day of April, 2006 upon:

AUSA Retta-Rae Randall
Office of U.S. Attorney for Alaska
222 West 7th Avenue
Anchorage, Alaska 99513
Fax: (907) 271-1500

Counsel for Plaintiff
United States of America

By: /s/ Scott A. Sterling