IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. A05-099 CR (JWS) |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| SARAH ROSE NOBLE, et al, ) | **CORRECTED** |
| ) | **MOTION FOR** |
| Defendants. ) | **OUT OF CUSTODY** |
| _____ ) | **TRANSPORTATION** |

Defendant Sarah Rose Noble, pursuant to 18 U.S.C. §4285 hereby withdraws her previously filed motion for an order authorizing the United States Marshal to provide her with out of custody transportation on or about May 1, 2006 following entry of her change of plea and files the present, corrected motion in its stead.

The previously filed motion erroneously requested that the court order transportation from Seattle to Anchorage.

That motion should have stated that transportation is requested from Anchorage to Seattle.  Accordingly, Ms. Noble here moves for out of custody transportation from Anchorage to Seattle following her change of plea proceeding presently scheduled for May 1, 2005.

A corrected Order is attached.

        Sterling & DeArmond, P.C.
Counsel for
Defendant Sarah Rose Noble

By: s/ Scott A. Sterling
      Scott A. Sterling
      Sterling & Dearmond
      851 Westpoint Drive, Suite 201
      Wasilla, Alaska 99654
      Telephone: (907) 376-8076
      Fax:         (907) 376-8078
Email: scottsterling@alaskalawyers.net
      Bar No. 8706053

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by (U.S. Mail, first class, postage-prepaid)(fax)(delivery), on the 29th day of April, 2006 upon:

AUSA Retta-Rae Randall
Office of U.S. Attorney for Alaska
222 West 7th Avenue
Anchorage, Alaska 99513
Fax: (907) 271-1500

Counsel for Plaintiff
United States of America

By: /s/ Scott A. Sterling

**USA v. Sarah Rose Noble, et al**
**Case No. A05-099 CR (JWS)**
**Corrected**
**Motion For Out Of Custody Transportation**
**Page 3 of 3**