IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. A05-099 CR (JWS) |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER RE:** |
| SARAH ROSE NOBLE, et al, ) | **CORRECTED** |
| ) | **MOTION FOR** |
| Defendants. ) | **OUT OF CUSTODY** |
| _____) | **TRANSPORTATION** |

IT IS HEREBY ORDERED that the request of defendant Noble to withdraw her motion for out of custody transportation from Seattle to Anchorage on May 1, 2006 is GRANTED.

IT IS FURTHER HEREBY ORDERED that the corrected motion of defendant Sarah Rose Noble for out of custody transportation , pursuant to 18 U.S.C. §4285, for out of custody transportation from Anchorage, Alaska to Seattle, Washington on May 1, 2006 following her change of plea hearing is GRANTED.  The U.S. Marshal Service is directed and authorized to provide out of custody transportation for defendant Sarah Rose Noble from Anchorage, Alaska to Seattle, Washington on May 1, 2006 following her change of plea proceeding and pre-sentence interview.

DATED this ___ day of _____, 2006 at Anchorage, Alaska.

_____
John W. Sedwick
United States District Judge

**USA v. Sarah Rose Noble, et al**
**Case No. A05-099 CR (JWS)**
**Order re  Corrected**
**Motion For Out Of Custody Transportation**
**Page 1 of 2**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by (U.S. Mail, first class, postage-prepaid)(fax)(delivery), on the 29th day of April, 2006 upon:

AUSA Retta-Rae Randall
Office of U.S. Attorney for Alaska
222 West 7th Avenue
Anchorage, Alaska 99513
Fax: (907) 271-1500

Counsel for Plaintiff
United States of America

By: /s/ Scott A. Sterling

**USA v. Sarah Rose Noble, et al**
**Case No. A05-099 CR (JWS)**
**Order re Corrected**
**Motion For Out Of Custody Transportation**
**Page 2 of 2**