IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SARAH ROSE NOBLE, et al,<br><br>　　　　　Defendants. | )<br>) No. A05-099 CR (JWS)<br>)<br>)<br>)<br>)<br>) **ORDER RE:**<br>) **CORRECTED**<br>) **MOTION FOR**<br>) **OUT OF CUSTODY**<br>) **TRANSPORTATION** |

IT IS HEREBY ORDERED that the request of defendant Noble to withdraw her motion for out of custody transportation from Seattle to Anchorage on May 1, 2006 is GRANTED.

IT IS FURTHER HEREBY ORDERED that the corrected motion of defendant Sarah Rose Noble for out of custody transportation, pursuant to 18 U.S.C. §4285, for out of custody transportation from Anchorage, Alaska to Seattle, Washington on *or about* May 1, 2006 following her change of plea hearing is GRANTED. The U.S. Marshal Service is directed and authorized to provide out of custody transportation for defendant Sarah Rose Noble from Anchorage, Alaska to Seattle, Washington on May 1, 2006 *or as soon thereafter as practical* following her change of plea proceeding and pre-sentence interview.

DATED this 1st day of May, 2006 at Anchorage, Alaska.

　　　　　　　　　　　**REDACTED SIGNATURE**
　　　　　　　　　　　John W. Sedwick
　　　　　　　　　　　United States District Judge

USA v. Sarah Rose Noble, et al
Case No. A05-099 CR (JWS)
Order re Corrected
Motion For Out Of Custody Transportation
Page 1 of 2