IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>SARAH ROSE NOBLE, et al,<br><br>               Defendants. | )<br>) No. A05-099 CR (JWS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **DEFENDANT SARAH NOBLE'S**<br>) **MOTION FOR HEARING** |

     Defendant Sarah Rose Noble pursuant to local court rules hereby moves the court to hold an evidentiary hearing and to allow oral argument on the unresolved or disputed issue of the correct amount and terms of her restitution obligation. Counsel estimates that such hearing will last approximately 20-40 minutes. The issues and argument concerning restitution are set forth in detail in Ms. Noble's sentencing memorandum and are adopted herein by reference.

     RESPECTFULLY SUBMITTED this 11th day of July, 2006 at Anchorage, Alaska.

                                      Sterling & DeArmond, P.C.
                                    Counsel For Defendant
                                    Sarah Rose Noble

                                    By: <u>  s/ Scott A. Sterling</u>
                                        Scott A. Sterling
                                        Sterling & Dearmond
                                        851 Westpoint Drive, Suite 201
                                        Wasilla, Alaska 99654
                                        Telephone: (907) 376-8076
                                        Fax:       (907) 376-8078
                         Email: scottsterling@alaskalawyers.net
                                        Bar Number 8706053

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by fax on the 11th day of July, 2006 upon:

AUSA Retta-Rae Randall
Office of U.S. Attorney for Alaska
222 West 7th Avenue
Anchorage, Alaska 99513
Fax: (907) 271-1500

Counsel for Plaintiff
United States of America

USPO Scott Kelley
US Probation/Pretrial Services
222 West 7th Avenue
Anchorage, Alaska 99513
Fax: (907) 271-3060

By:/s Scott A. Sterling