IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | |
| ) | No. A05-099 CR (JWS) |
| Plaintiff,     ) | |
| ) | |
| vs.                                                  ) | |
| ) | |
| SARAH ROSE NOBLE, et al,           ) | |
| ) | **ORDER RE:** |
| Defendants.   ) | **DEFENDANT SARAH NOBLE'S** |
| _____) | **MOTION FOR HEARING** |

IT IS ORDERED that the motion of defendant Sarah Rose Noble for an evidentiary hearing and to allow oral argument on the unresolved or disputed issue of the correct amount and terms of her restitution obligation is GRANTED.  The hearing will take place at the sentencing hearing presently set for July 18, 2006.

DATED this ___ day of July, 2006 at Anchorage, Alaska.

_____
John W. Sedwick
U.S. District Judge

**USA v. Sarah Rose Noble, et al**
**Case No. A05-099 CR (JWS)**
**Order re:**
**Defendant Noble's**
**Motion For Hearing**
**Page 1 of 2**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by fax on the 11th day of July, 2006 upon:

AUSA Retta-Rae Randall
Office of U.S. Attorney for Alaska
222 West 7th Avenue
Anchorage, Alaska 99513
Fax: (907) 271-1500

Counsel for Plaintiff
United States of America

USPO Scott Kelley
US Probation/Pretrial Services
222 West 7th Avenue
Anchorage, Alaska 99513
Fax: (907) 271-3060

By:/s Scott A. Sterling

**USA v. Sarah Rose Noble, et al**
**Case No. A05-099 CR (JWS)**
**Order re:**
**Defendant Noble's**
**Motion For Hearing**
**Page 2 of 2**