IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SARAH ROSE NOBLE, et al,<br><br>Defendants. | ) <br>) No. A05-099 CR (JWS)<br>)<br>)<br>)<br>)<br>)<br>) **MOTION FOR**<br>) **OUT OF CUSTODY**<br>) **TRANSPORTATION** |

Defendant Sarah Rose Noble, pursuant to 18 U.S.C. §4285 hereby moves the court for an order authorizing the United States Marshal to provide her with out of custody transportation from Seattle, Washington to Anchorage, Alaska on or about July 17, 2006 in order to ensure her presence at her imposition of sentencing hearing set for 9:00 am on July 18, 2006.

Ms. Noble's date of birth is June 17, 1981.

A proposed Order is attached.

DATED this 11th day of July, 2006 at Anchorage, Alaska.

        Sterling & DeArmond, P.C.
        Counsel for
        Defendant Sarah Rose Noble

        By: <u>s/ Scott A. Sterling</u>
           Scott A. Sterling
           Sterling & Dearmond
           851 Westpoint Drive, Suite 201
           Wasilla, Alaska 99654
           Telephone: (907) 376-8076
           Fax:      (907) 376-8078
        Email: scottsterling@alaskalawyers.net
           Bar No. 8706053

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by fax on July 11, 2006 upon:

AUSA Retta-Rae Randall
Office of U.S. Attorney for Alaska
222 West 7th Avenue
Anchorage, Alaska 99513
Fax: (907) 271-1500

Counsel for Plaintiff
United States of America

And upon:

Transportation Coordinator
U.S. Marshal Service
Anchorage, Alaska.

By: /s/ Scott A. Sterling