IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  ) No. A05-099 CR (JWS)<br>Plaintiff, )<br>  )<br>vs. )<br>  ) **ORDER RE:**<br>SARAH ROSE NOBLE, et al, )<br>  ) **MOTION FOR**<br>Defendants. ) **OUT OF CUSTODY**<br>_____) **TRANSPORTATION** | |

IT IS HEREBY ORDERED that the motion of defendant Sarah Rose Noble for out of custody transportation , pursuant to 18 U.S.C. §4285, for out of custody transportation from Seattle, Washington to Anchorage, Alaska on July 17, 2006 in order to assure her presence at her imposition of sentence hearing on July 18, 2006 is GRANTED.

The U.S. Marshal Service is directed and authorized to provide out of custody transportation for defendant Sarah Rose Noble from Seattle, Washington to Anchorage, Alaska on July 17, 2006.

DATED this ___ day of _____, 2006 at Anchorage, Alaska.

_____
John W. Sedwick
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by

fax on July 11, 2006 upon:

AUSA Retta-Rae Randall
Office of U.S. Attorney for Alaska
222 West 7th Avenue
Anchorage, Alaska 99513
Fax: (907) 271-1500

Counsel for Plaintiff
United States of America

And upon:

Transportation Coordinator
U.S. Marshal Service for Alaska
Anchorage, Alaska

By: /s/ Scott A. Sterling

**USA v. Sarah Rose Noble, et al**
**Case No. A05-099 CR (JWS)**
**Order re**
**Motion For Out Of Custody Transportation**
**Page 2 of 2**