IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>        ) No. A05-099 CR (JWS)<br>Plaintiff,  )<br>        )<br>vs.        )<br>        )<br>SARAH ROSE NOBLE, et al,  )<br>        ) **MOTION FOR**<br>Defendants.  ) **OUT OF CUSTODY**<br>_____) **TRANSPORTATION ON JULY 18** | |

Defendant Sarah Rose Noble, pursuant to 18 U.S.C. §4285 hereby moves the court for an order authorizing the United States Marshal to provide her with out of custody transportation from Anchorage, Alaska to Seattle, Washington on or about July 18, 2006 following her imposition of sentence hearing. Counsel requests that the court hold the present motion in abeyance until after that hearing is concluded.

Ms. Noble's date of birth is June 17, 1981.

A proposed Order is attached.

DATED this 11th day of July, 2006 at Anchorage, Alaska.

        Sterling & DeArmond, P.C.
        Counsel for
        Defendant Sarah Rose Noble

        By: s/ Scott A. Sterling
            Scott A. Sterling
            Sterling & Dearmond
            851 Westpoint Drive, Suite 201
            Wasilla, Alaska 99654
            Telephone: (907) 376-8076
            Fax:       (907) 376-8078
        Email: scottsterling@alaskalawyers.net
            Bar No. 8706053

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by fax on July 11, 2006 upon:

AUSA Retta-Rae Randall
Office of U.S. Attorney for Alaska
222 West 7th Avenue
Anchorage, Alaska 99513
Fax: (907) 271-1500

Counsel for Plaintiff
United States of America

And upon:

Transportation Coordinator
U.S. Marshal Service
Anchorage, Alaska.

By: /s/ Scott A. Sterling

**USA v. Sarah Rose Noble, et al**
**Case No. A05-099 CR (JWS)**
**Motion For Out Of Custody Transportation**
**On July 18, 2006**
**Page 3 of 3**