IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )
                        ) No. A05-099 CR (JWS)
          Plaintiff, )
                        )
vs. )
                        ) **ORDER RE:**
SARAH ROSE NOBLE, et al, )
                        ) **MOTION FOR**
          Defendants. ) **OUT OF CUSTODY**
_____) **TRANSPORTATION ON JULY 18**

         IT IS HEREBY ORDERED that the motion of defendant Sarah Rose

Noble for out of custody transportation , pursuant to 18 U.S.C. §4285, for out

of custody transportation from Anchorage, Alaska to Seattle, Washington on

July 18, 2006 following her imposition of sentence hearing is GRANTED.

         The U.S. Marshal Service is directed and authorized to provide out of

custody transportation for defendant Sarah Rose Noble from Anchorage,

Alaska to Seattle, Washington on July 18, 2006 as soon as may be

practicable following her imposition of sentence hearing.

         DATED this ___ day of _____, 2006 at Anchorage, Alaska.


                      _____
                      John W. Sedwick
                      United States District Judge

**USA v. Sarah Rose Noble, et al**
**Case No. A05-099 CR (JWS)**
**Order re**
**Motion For Out Of Custody Transportation**
**On July 18, 2006**
**Page 1 of 2**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by

fax on July 11, 2006 upon:

AUSA Retta-Rae Randall
Office of U.S. Attorney for Alaska
222 West 7th Avenue
Anchorage, Alaska 99513
Fax: (907) 271-1500

Counsel for Plaintiff
United States of America

And upon:

Transportation Coordinator
U.S. Marshal Service for Alaska
Anchorage, Alaska

By: /s/ Scott A. Sterling

**USA v. Sarah Rose Noble, et al**
**Case No. A05-099 CR (JWS)**
**Order re**
**Motion For Out Of Custody Transportation**
**On July 18, 2006**
**Page 2 of 2**