# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **3:05-cr-00099 JWS** |
| | ) | |
| **vs.** | ) | **ORDER FROM CHAMBERS** |
| | ) | |
| **SARAH ROSE NOBLE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

 **IT IS HEREBY ORDERED** that the motion of defendant Sarah Rose Noble for out-of-custody transportation, pursuant to 18 U.S.C. § 4285, for out-of-custody transportation from Seattle, Washington, to Anchorage, Alaska, on July 17, 2006, in order to assure her presence at her imposition of sentence hearing on July 18, 2006, is **GRANTED**.

 The U.S. Marshal Service is directed and authorized to provide out-of-custody transportation for defendant Sarah Rose Noble from Seattle, Washington, to Anchorage, Alaska, on July 17, 2006.

 DATED at Anchorage, Alaska, this 14th day of July 2006.

/s/
Magistrate Judge Terrance W. Hall
for Judge John W. Sedwick