IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SARAH ROSE NOBLE, et al,<br><br>Defendants. | ) No. A05-099 CR (JWS)<br>)<br>)<br>)<br>)<br>)<br>) **ORDER RE:**<br>)<br>) **MOTION FOR**<br>) **OUT OF CUSTODY**<br>) **TRANSPORTATION ON JULY 18** |

IT IS HEREBY ORDERED that the motion of defendant Sarah Rose Noble for out of custody transportation , pursuant to 18 U.S.C. §4285, for out of custody transportation from Anchorage, Alaska to Seattle, Washington on July 18, 2006 following her imposition of sentence hearing is GRANTED.

The U.S. Marshal Service is directed and authorized to provide out of custody transportation for defendant Sarah Rose Noble from Anchorage, Alaska to Seattle, Washington on July 18, 2006 as soon as may be practicable following her imposition of sentence hearing.

DATED this 18th day of July, 2006 at Anchorage, Alaska.

**REDACTED SIGNATURE**
John W. Sedwick
United States District Judge

USA v. Sarah Rose Noble, et al
Case No. A05-099 CR (JWS)
Order re
Motion For Out Of Custody Transportation
On July 18, 2006
Page 1 of 2