| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* A05-0099CR (JWS) |
|---|---|---|
| | RECEIVED APR 3 0 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, ALASKA | DOCKET NUMBER *(Rec. Court)* CR07-157 RSM |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT OF ALASKA | DIVISION Anchorage |
|---|---|---|
| Sarah Rose Noble 1831 8th Ave., apt 513 Seattle, WA 98101 | NAME OF SENTENCING JUDGE The Honorable John W. Sedwick | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM July 18, 2006 — TO July 17, 2011 |

**OFFENSE**

Interstate Transportation of Stolen Property in violation of 18 U.S.C. § 2314

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF ALASKA</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Washington upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4-11-07
Date

**REDACTED SIGNATURE**
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Western District of Washington

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/25/07
Effective Date

**REDACTED SIGNATURE**
United States District Judge